UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REQUEST FOR CHANGE OF ADDRESS**

CASE NAME:  Kylema Jackson

CASE NO.: 17-61841  JUDGE BEM  CHAPTER  7

CHANGE FOR

DEBTOR  X     CREDITOR _____     ATTORNEY _____     (for) Debtor _____
                                                            Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:        October 13, 2017

BAR I.D. NUMBER:                 _____

NAME:                            Kylema Jackson

                                 PO Box 2881

                                 Smyrna, GA 30081

****************************************************************

NAME:                            Kylema Jackson

OLD ADDRESS:                     1650 Anderson Mill Road

                                 Apt. 7103

                                 Austell, GA 30106

FURNISHED BY:                    Stephen O. Smith

DATE:     October 13, 2017